08-320C

RECEIVED
APR 30 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
LB&B Associates Inc., and Olgoonik Logistics, LLC, a joint venture d/b/a North Fork Services Joint Venture

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

| | |
|---|---|
| Name of the attorney of record (See RCFC 83.1(c)): | Benjamin N. Thompson |
| Firm Name: | Wyrick Robbins Yates & Ponton, LLP |
| Post Office Box: | PO Drawer 17803 |
| Street Address: | 4101 Lake Boone Trail, Ste. 300 |
| City-State-Zip: | Raleigh, NC 27607-7506 |
| Telephone & Facsimile Numbers: | (919) 781-4000 (919) 781-4865 |

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ■ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 1 4
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: V A R
See attached sheet for three-digit codes.

Amount Claimed: $ 662,893.85 plus interest
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ■ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ■ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.