ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
APR 30 2008
U.S. COURT OF FEDERAL CLAIMS

LB&B ASSOCIATES INC. and OLGOONIK LOGISTICS, LLC, a joint venture d/b/a NORTH FORK SERVICES JOINT VENTURE,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 08-320 C

(Judge ____________)

**RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff LB&B Associates Inc. and Olgoonik Logistics, LLC, a joint venture d/b/a North Fork Services Joint Venture ("NFS"), by and through undersigned counsel, hereby makes this following Disclosure Statement in accordance with Rule 7.1 of the Rules of the United States Court of Federal Claims.

1. NFS is a joint venture comprised of LB&B Associates Inc. ("LB&B") and Olgoonik Logistics, LLC ("Olgoonik").

2. LB&B has no parent corporations, and no publicly-held corporation owns ten percent or more of LB&B's stock.

3. Olgoonik's parent company is Olgoonik Development, LLC. No publicly-traded corporation owns ten percent or more of Olgoonik's stock.

This the 29th day of April, 2008.

WYRICK ROBBINS YATES & PONTON LLP

Benjamin N. Thompson
Post Office Drawer 17803
Raleigh, North Carolina 27619
Telephone: (919) 781-4000
Facsimile: (919) 781-4865
bthompson@wyrick.com

COUNSEL OF RECORD FOR LB&B ASSOCIATES INC. AND OLGOONIK LOGISTICS, LLC, a joint venture d/b/a NORTH FORK SERVICES JOINT VENTURE

OF COUNSEL:

Jennifer M. Miller
Wyrick Robbins Yates & Ponton LLP
Post Office Drawer 17803
Raleigh, North Carolina 27619
Telephone: (919) 781-4000
Facsimile: (919) 781-4865
jmiller@wyrick.com