IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LB&B ASSOCIATES, INC., and OLGOONIK LOGISTICS, LLC, a joint venture d/b/a NORTH FORK SERVICES JOINT VENTURE, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 08-320C (Judge Braden) |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Douglas G. Edelschick, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Douglas G. Edelschick
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12134
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 353-9303
Facsimile: (202) 307-0972
E-mail: Douglas.Edelschick@usdoj.gov

Dated: May 15, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 15th day of May, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas G. Edelschick