# In the United States Court of Federal Claims

No. 08-320C
Filed: August 21, 2008

*************************************
*
LB&B ASSOCIATES, INC., and *
OLGOONIK LOGISTICS, LLC, *
a joint venture d/b/a NORTH FORK *
SERVICES JOINT VENTURE, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
*************************************

**SCHEDULING ORDER**

For good cause shown, the parties' August 11, 2008 Proposed Discovery Plan is hereby granted. Accordingly, the following schedule will apply to this case:

1. Completion of Discovery

Completion of all discovery will occur on or before March 13, 2009.

2. Status Conference

The court will convene a telephone status conference on March 13, 2009, at 2pm EST.

3. RCFC 56 Motions

The parties will file cross motions for summary judgment on or before April 13, 2009.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**