**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LB&B ASSOCIATES INC. and OLGOONIK LOGISTICS, LLC, a joint venture d/b/a NORTH FORK SERVICES JOINT VENTURE, Plaintiff, | ) | No. 08-320C |
| v. | ) | (Judge Susan G. Braden) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT MOTION TO AMEND COMPLAINT**

Pursuant to RCFC 15(a) and with the consent of Defendant, Plaintiff LB&B Associates Inc. and Olgoonik Logistics, LLC, a joint venture d/b/a North Fork Services Joint Venture ("NFS"), by and through the undersigned counsel, respectfully moves the Court for leave to file an Amended Complaint in the above-captioned cause. A copy of the proposed Amended Complaint is attached hereto as **Exhibit 1**. In support of this Motion, NFS shows the Court the following:

1. NFS commenced this action by filing a Complaint in this Court on April 29, 2008.

2. At the time of the filing of the Complaint, the allegations in the Complaint had evidentiary support and/or were likely to have evidentiary support after a reasonable opportunity for further investigation or discovery, to the best of NFS's and counsel's knowledge, information and belief, formed after an inquiry reasonable under the circumstances.

3. Since the filing of the Complaint, counsel for Defendant has provided counsel for NFS with a document that could be construed to arguably conflict with certain allegations contained in NFS's Complaint. Therefore, out of an abundance of caution, NFS seeks leave to amend its Complaint to ensure that all allegations are completely accurate.

4. Counsel for NFS has consulted with counsel for Defendant regarding the filing of this Motion, and counsel for Defendant has consented to this Motion.

5. The parties are not seeking and do not intend to seek an extension or delay of any of the deadlines contained in the Court's Scheduling Order, dated August 21, 2008, as a result of the filing of the Amended Complaint.

6. A clean copy of the Amended Complaint is attached hereto as **Exhibit A**. A blacklined copy of the Amended Complaint is attached hereto as **Exhibit B**.

WHEREFORE, NFS respectfully requests that the Court grant NFS leave to amend its Complaint.

A proposed Order is attached.

This the 10th day of September, 2008.

WYRICK ROBBINS YATES & PONTON LLP

/s/ Benjamin N. Thompson
Benjamin N. Thompson
Post Office Drawer 17803
Raleigh, North Carolina 27619
Telephone: (919) 781-4000
Facsimile: (919) 781-4865
bthompson@wyrick.com

COUNSEL OF RECORD FOR LB&B ASSOCIATES INC. AND OLGOONIK LOGISTICS, LLC, a joint venture d/b/a NORTH FORK SERVICES JOINT VENTURE

OF COUNSEL:

Jennifer M. Miller
Wyrick Robbins Yates & Ponton LLP
Post Office Drawer 17803

Raleigh, North Carolina 27619
Telephone: (919) 781-4000
Facsimile: (919) 781-4865
jmiller@wyrick.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10th, 2008, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Douglas Glenn Edelschick
douglas.edelschick@usdoj.gov

Respectfully submitted,

/s/ Benjamin N. Thompson
Benjamin N. Thompson