**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LB&B ASSOCIATES INC. and OLGOONIK LOGISTICS, LLC, a joint venture d/b/a NORTH FORK SERVICES JOINT VENTURE, | ) | |
| Plaintiff, | ) | No. 08-320C |
| v. | ) | (Judge Susan G. Braden) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO AMEND COMPLAINT**

This cause was heard by the undersigned on Plaintiff's Motion to Amend Complaint pursuant to RCFC 15(a). Counsel for Defendant consented to Plaintiff's Motion. The Court is of the opinion that the Motion should be allowed.

THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiff's Motion to Amend Complaint is hereby **GRANTED**; and

2. Plaintiff shall file and serve the Amended Complaint within five (5) days from the date of this Order.

IT IS SO ORDERED this the ___ day of ____________________, 2008.

______________________________
SUSAN G. BRADEN
Judge