# In the United States Court of Federal Claims

No. 08-320C
Filed: September 11, 2008

| | |
|---|---|
| ************************************** | |
| | * |
| LB&B ASSOCIATES, INC., and | * |
| OLGOONIK LOGISTICS, LLC, | * |
| a joint venture d/b/a NORTH FORK | * |
| SERVICES JOINT VENTURE, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| ************************************** | |

**SCHEDULING ORDER**

The Plaintiffs' unopposed September 10, 2008 Consent Motion To Amend Complaint pursuant to Rule of the Court of Federal Claims 15(a) is granted. Plaintiffs are instructed to file the Amended Complaint electronically with the Clerk of the United States Court of Federal Claims on or before September 19, 2008.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**